

**LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

September 6, 2017

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office. These documents are designated as:

### Proof of International Service of Process in Switzerland upon the Defendant: Andreas GERBER

Maria Victoria Portuguez, Manager of this company, certifies that Andrew Dyck, who translated this document, is fluent in German and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this September 6, 2017.

Christina Allington
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires July 11, 2021

MY APPOINTMENT
EXPIRES 7-11-2021

Sincerely,

Victor J. Hertz
President

**Regional Court**  
**Bern - Jura-Seeland**

**Regional Court**  
**Bern - Jura-Seeland**

Civil Division  
Court President  
Horisberger

Civil Division

Registered

Spitalstrasse 14  
P.O. Box 1084  
2501 Biel  
Telephone 031 636 36 04  
Fax 03 1 636 36 24  
regionalgericht-zivil.biel@justice.be.ch  
www.justice.be.ch/regionalgerichte

**LSI**  
Karina J. Shreefer and Tom R. McLean  
Legal Language Services  
8014 State Line Road, Suite 110  
US-66208 Leawood, Kansas  
USA

Case No.: CIV 17 3648 STK

Biel, August 15, 2017

## TRANSMITTAL NOTE

| | | | | | |
|---|---|---|---|---|---|
| X | for information | ☐ | as discussed | ☐ | please complete |
| ☐ | for response | ☐ | as per telephone call | ☐ | please return |
| ☐ | for handling | ☐ | for checking | ☐ | returned with thanks |
| ☐ | for signature | ☐ | please translate | ☐ | please turn |
| X | for your files | ☐ | please call | ☐ | please forward to |
| ☐ | for review | ☐ | return after use | ☐ | |
| ☐ | at your request | ☐ | please return within 10 days | ☐ | |



**Re:**     **Civil Case Legal Language Services, Karina J. Shreefer and Tom R. McLean / Gerber Andreas Alfred re International Legal Assistance Service**

Comments:     Dear Ladies and Gentlemen,  
The request was carried out (by shipment by the court; see enclosed acknowledgment of receipt of 8/7/2017).

The files are being returned to the requesting authority.

Kind regards,

Regional Court Bern Jura-Seeland  
Civil Division

Court Clerk

*[signature]*  
Steinbrüchel

Enclosures:  
- mentioned

**Advice:**  
Submissions must at the latest be submitted on the last day of the deadline at the Court or be given to the Swiss Postal Service or Swiss diplomatic or consular representative addressed to the Court's attention (Art. 143, Par. 1 Rules of Civil Procedure).  
Submissions via fax and e-mail are not legally valid and have no effect of meeting the deadline.  
Under specific conditions, the submissions can be done electronically. You will find details on this on the internet page of the Bern Courts (http://www.justice.be.ch/elektronische-eingaben).  
In each case, the dossier number must be stated on submissions (CIV 17 3648).

*THE POSTAL SERVICE*

## Confirmation of Delivery - Business

Shipment Information

| | |
|---|---|
| Shipment Number: | 99.35.113898.00020914 |
| Weight: | 1.640 kg |
| Measurements: | 34.1 x 23.6 x 4.0 cm |
| Base services: | PostPac Priority |
| Additional Services: | Signature (SI) |

Delivery address read:
Bassbeltweg 26
2542 Pieterlen

Acknowledgment of receipt

1. Signature



Time of Delivery:
8/7/2017, 8:55:17 a.m.
Received by:
Gerber

Shipment events

| Date | | Time | Event | Processed by | |
|---|---|---|---|---|---|
| W | 8/2/2017 | 5:31 p.m. | Shipment was sorted and forwarded | 2510 | Biel Distribution Base |
| W | 8/2/2017 | 10:22 p.m. | Shipment was sorted for delivery | 1310 | Daillens Package Center |
| R | 8/3/2017 | 6:57 a.m. | Held back per recipient's order | 2510 | Biel Distribution Base |
| M | 8/7/2017 | 8:55 a.m. | Delivered by | 2510 | Biel Distribution Base |

Case No.: 3:17-cv-00975-JBA

# CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1)  that the document has been served*

   - the date *8.7.20.17*

   - at (place, street, number)   *P.ie.r.k.n, B.a.s.b.e.l.w.e.g.o.2.6*

   - in one of the following methods authorized by article 5

      ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,

      ☐ (b) in accordance with the following particular method*:

      ☐ (c) by delivery to the addressee, who accepted it voluntarily.

   The documents referred to in the request have been delivered to:

      - (identity and description of person)

      - relationship to the addressee (family, business, or other):

2)  that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:          *"Request" with Attachment "A"*

Done at *B. je. I*            , the *08/15/2017*

In appropriate cases, documents establishing the service:

Signature and / or stamp.

*[signature]*

Regional Court
Bern Jura-Seeland

*Delete if inappropriate.

2

| | |
|---|---|
| Regionalgericht<br>Berner Jura-Seeland | Tribunal régional<br>Jura bernois-Seeland |
| Zivilabteilung<br>Gerichtspräsident<br>Horisberger | Section civile |

Spitalstrasse 14
Postfach 1084
2501 Biel/Bienne
Telefon 031 636 36 04
Fax 031 636 36 24
regionalgericht-zivil.biel@justice.be.ch
www.justice.be.ch/regionalgerichte

**LSI**
Karina J. Shreefer and Tom R. McLean
Legal Language Services
8014 State Line Road, Suite 110
US-66208 Leawood, Kansas
USA

Verfahren Nr.: CIV 17 3648 STK                     Biel/Bienne, 15. August 2017

# ÜBERMITTLUNGSZETTEL

| | | |
|---|---|---|
| ☒ zur Kenntnis | ☐ gemäss Besprechung | ☐ bitte ergänzen |
| ☐ zur Stellungnahme | ☐ gemäss Telefon | ☐ bitte zurücksenden |
| ☐ zur Erledigung | ☐ zur Kontrolle | ☐ mit Dank zurück |
| ☐ zur Unterschrift | ☐ bitte übersetzen | ☐ bitte wenden |
| ☒ zu Ihren Akten | ☐ bitte anrufen | ☐ bitte weiterleiten an |
| ☐ zur Einsichtnahme | ☐ nach Gebrauch retournieren | ☐ |
| ☐ auf Ihren Wunsch | ☐ bitte innert 10 Tagen zurücksenden | ☐ |



**Betrifft:** Zivilverfahren Legal Language Services Karina J. Shreefer and Tom R. McLean / Gerber Andreas Alfred betreffend internationale Rechtshilfe Zustellung

**Bemerkungen:** Sehr geehrte Damen und Herren

Der Auftrag wurde ausgeführt (durch gerichtliche Sendung zugestellt, siehe beiliegende Empfangsbestätigung vom 07.08.2017).

Die Akten gehen zurück an die ersuchende Behörde.

Freundliche Grüsse

Regionalgericht Berner Jura-Seeland
Zivilabteilung

Die Gerichtssekretärin:

Steinbrüchel

Beilagen:
- erwähnt

Hinweise:

Eingaben müssen spätestens am letzten Tag der Frist beim Gericht eingereicht oder zu dessen Handen der Schweizerischen Post oder einer schweizerischen diplomatischen oder konsularischen Vertretung übergeben werden (Art. 143 Abs. 1 ZPO).

Eingaben per Fax und E-Mail sind nicht rechtsgültig und haben keine fristwahrende Wirkung.

Unter bestimmten Voraussetzungen können Eingaben elektronisch erfolgen. Genauere Angaben hierzu finden Sie auf der Internetseite der Berner Justiz (http://www.justice.be.ch/elektronische-eingaben).

Bei Eingaben ist jeweils die Dossiernummer (CIV 17 3648) anzugeben.



# Sendungen verfolgen Business

### Sendungsinformationen

| | | |
|---|---|---|
| Sendungsnummer: | 99.35.113898.00020914 | Gelesene Zustelladresse: |
| Gewicht: | 1.640 kg | Bassbeltweg 26 |
| Abmessungen: | 34.1 x 23.6 x 4.0 cm | 2542 Pieterlen |
| Basisleistungen: | PostPac Priority | |
| Zusatzleistungen: | Signature (SI) | |

### Empfangsbestätigung

1. Unterschrift

Erfassungszeit:
07.08.2017, 08:55:17
Empfangsperson:
Gerber

### Sendungsereignisse

| Datum | | Zeit | Ereignis | Bearbeitet durch |
|---|---|---|---|---|
| Mi | 02.08.2017 | 17:31 | Sendung wurde sortiert und weitergeleitet | 2510 Biel/Bienne Distributionsbasis |
| Mi | 02.08.2017 | 22:22 | Sendung wurde sortiert für die Zustellung | 1310 Daillens Centre Colis |
| Do | 03.08.2017 | 06:57 | Zurückbehalten gemäss Auftrag des Empfängers | 2510 Biel/Bienne Distributionsbasis |
| Mo | 07.08.2017 | 08:55 | Zugestellt durch | 2510 Biel/Bienne Distributionsbasis |

Case No.: 3:17-cv-00975-JBA

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)*     07.08.2017
- at (place, street, number)
- *à (localité, rue numéro)*     Pieterlen, Bassbettweg 26

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
  *b) selon la forme particulière suivante*

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(Identity and description of person)
-*(identité et qualité de la personne)*

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte*

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned: „Request" with Attachment „A"
*Pièces renvoyées:*

Done at   Biel    , the   15.08.17
*Fait à*     , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*

Signature and / or stamp.
*Signature et / ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2