| Exhibit | 15 |
|---------|-----|



| Exhibit | 16 |

NORMAL

FROM: INTERPOL WASHINGTON

11-01-97 IN 0024/HLR

TO: BERNE

DATE: 2 JAN 97        22.48

OUR REF: 950302855/NHO                                          1Uv

YOUR REF: IP/BE 216543/HLR -00028287-C/VA

REGARDING: ADDRESS CHECK

REFERENCE IS MADE TO YOUR MESSAGE, DATED 19 SEP 96, CONCERNING
SCOTT ROSEN, RESIDING IN BEDFORD NEW YORK. THE NEW YORK STATE
POLICE AUTHORITIES HAVE ADVISED THAT THE SUBJECT IS NOT WANTED
IN NEW YORK; THE TRUE IDENTITY IS NOT VERIFIABLE FROM THE ABOVE
INFORMATION. THE AREA CODE FOR BEDFORD IS (914). THE FOLLOWING
NUMBERS ARE NOT LISTED TO THE ABOVE SUBJECT: (516) 489-3300 AND
(516) 489-0204. THE PRIVATE TELEPHONE NUMBER (201) 564-8524 IS LISTED
IN NEW JERSEY TO TRIARSI, F/M DAGMAR, RESIDING IN SHORT HILLS, NEW
JERSEY.

REGARDS.

IN ANY REPLY, PLEASE QUOTE: 950302855/NHO

FOR POLICE COURT/USE ONLY
INTERPOL WASHINGTON

...
...betreffend Scott Rosen, wohnhaft Bedford New York. Die New York State Police
hat mitgeteilt, dass Scott Rosen nicht gesucht wird. Die genaue Identität kann
aufgrund der gegebenen Informationen nicht ermittelt werden. Die Vorwahl für
Bedford lautet (914). Die folgenden Nummern lauten nicht auf Scott Rosen: ... Die
private Telefonnummer ... lautet auf TRIARSI Dagmar, wohnhaft Short Hills, New
Jersey...
...

INTERPOL BERNE

Remote UA for Windows X.400 Message Printed By : AUTO-PRINT @ 15 Sep 1995 14:15

Date:              15 Sep 1995 13:11

Subject:           BERNE  216543

Message From:      s=BERNE/o=INTERPOL-SUISSE/u=INTERPOL/p=EJPD/a=ARCOM/c=CH

---

Enclosure - 2c96ba60.001, 585 bytes

BERNE  216543 950915 1211 GMT

URGENT

TO:      MADRID

BERNE  IP/BE 216543/HLR -00021470- C/VA

RE YOUR D/L OF 18.4.95, FILE EXPTE 6041/28 JR 2897/3 CONCERNING
VEHICLE MAKE FERRARI 250 GT SPIDER, VIN 0799.
WE HAVE NOT HEARD FROM YOU, NOR FROM IP LISBON, SINCE YOUR LETTER OF
18.4.95. PLEASE INFORM US URGENTLY ABOUT THE ACTUAL SITUATION.
TKS COOP. RGDS.

END
IP  BERNE

15-09-95 OUT 0700

| Exhibit | 17 |

TM19-TM1933-03 / PROD    RIPOL – SEARCH FOR MOTOR VEHICLES    PZIP/Hlr 09.19.96
ENTRY FOR SEARCH:  +799

| TYPE OF VEHICLE | PASSENGER CAR | | GROUP 1 | | WARNING |
| BRAND | FERRARI | | TYPE | 250 GT | SPIDER |
| VIN | 0 | 799 | | | SERIAL-No. |
| NUMBER PLATE | | KAT NAT | EXPIRATION | | REVOCATION |
| TYPE OF CRIME | T THEFT | | | | COLOR GREY |
| DATE OF CRIME | 05.01.93 – 09.30.93 | | SITE OF CRIME | | E-MARBELLA |
| OFFICE IN CHARGE | BERNE | | FILE NUMBER | | B2433 1331,A 95/4117 |
| EXPIRATION | 09.30.03 | | REVOCATION | | OFFENDER |
| DATE OF ENTRY | 03.20.95 | | | | STATUS T |
| REMARKS | MARKET VALUE CHF 800,000.00 1. MATRICULATION 1957 | | | | |
| OWNER | GERBER ANDREAS, DR, 02.28.47, 2542 PIETERLEN, BASSBELTWEG 26 | | | | |
| INSURANCE | | | | | |
| LOCATION OF DISCOVERY | | | | | |
| STREET | | | | | |
| DATE OF DISCOVERY | | | | OFFICE IN CHARGE | |
| REMARKS | CRIMINAL COMPLAINT, BIEL, 03.20.95 | | | | |

SF11: HELP

I, Max Geissbuehler, Group Chief of the Crime Unit Motor Vehicles of the Cantonal Police of Berne, Switzerland, herby state and confirm that the printout from our Automobile Search Facility, dated on 19. September 1996, has been correctly translated from German into English in the above mentioned text.

Berne, Switzerland, 10. December 2008

Kantonspolizei Bern
Fahrzeugfahndung

Max Geissbuehler
Group Chief Crime Unit Motor Vehicles
Cantonal Police of Berne

```
                                                              EINGABE : +799

ART        PW                               GRUPPE    1     WARNUNG
MARKE      FERRARI                          TYP      250 GT SPIDER
NUMMER     0                   799                          STAMM-NR
SCHILD                    KAT     NAT     VERFALL           REVOKATION
GRUND      D          DIEBSTAHL                             FARBE    GRAU
TATZEIT    010593 300293                 TATORT   E-MARBELLA
AMTSSTELLE BE                            AKTENZEICHEN         B2433 1331,A 95/4117
VERFALL    300903                       REVOKATION           TAETER
EINGABE    200395                                           STATUS    D
FREITEXT   VERKEHRSWERT FR 800'OOO.-- 1.IV 1957
HALTER     GERBER,ANDREAS,DR,280247,2542 PIETERLEN,BASSBELTWEG 26
VERSICHERUNG
FUNDORT
STRASSE
ERMITTLUNGSDATUM                         ERMITTLUNGSSTELLE
FREITEXT             ANZ BIEL 200395


   SF11: HELP
```

| Kantonspolizei Bern | Police cantonale bernoise | |
|---|---|---|
| Kriminalabteilung | Police judiciaire |  |

Max Geissbühler
FGC Fahrzeugfahndung
Nordring 30
3013 Bern
Tel  ++41 31 634 74 50
Fax  ++41 31 634 74 59

Jeanguenin & Weber
Advokaturbüro
z. Hd. Herrn Fürsprecher Oliver Weber
Murtenstrasse 7
2501 Biel-Bienne

Nr./No     GK 0232

Seiten/Pages          1

Berne, Switzerland, 10. December 2008

**To whom it may concern**

**International search for Ferrari 250 GT Spider, Cabriolet, Silver Colored, VIN 0799GT**

I, Max Geissbuehler, Group Chief of the Crime Unit Motor Vehicles of the Cantonal Police of Berne, Switzerland, herby state and confirm that Ferrari Car 250 GT, VIN 0799GT, in the ownership of Dr. Andreas Gerber from CH-2542 Pieterlen, Switzerland, stolen in Marbella (Spain) in July 1993, was internationally searched and listed as stolen in the international database of our Automobile Search Facility during the period from 20. March 1995 (date of reception of the criminal complaint) until 30. September 2003. The international search for the above mentioned Ferrari car was later reactivated; the car is still listed as stolen in the Interpol database until this day.

Max Geissbuehler

Group Chief Crime Unit Motor Vehicles
Cantonal Police of Berne

**R I P O L - Vollauskunft ASF LYON**

## Allgemeine Angaben

| | | | |
|---|---|---|---|
| Fahrzeug Nr. | 08409220 | Verfall | 01.09.2008 |
| Erfasser | 45239 | Mutierender | 45239 |
| Ausschreibendes Land | CH | | |
| Aktenzeichen | | | |
| Handlungsdatum | 01.09.1993 | | |
| Handlungsort | XX, Marbella  ES | | |
| Ermittlung | | | |
| Berichterstatter Land | | | |

## Fahrzeug

| | |
|---|---|
| Marke | FERRARI I |
| Typ | 250 GT |
| Farbe | grau |
| VIN | 0799GT |
| Inverkehrssetzung | 0000 |
| Sicherheits-Nr. | |
| Motoren-Nr. | |
| Getriebe-Nr. | |

## Kennzeichen

Kennzeichen:

**R I P O L - Straftaten/Sachfahndung**

```
F A L L
Fall-Nr.:              RBEK081266857
Dienststelle:          Biel
Aktiver Besitzer:      RBEK                    Original Besitzer:RBEK
Erfasser:              45239/18.05.2008/07:28

Verbreitung:           CH
Gesetzesartikel:       F a h r z e u g d i e b s t a h l   ( F Z ,    V I N )
Verjährung:            01.09.2008
Handlungsort:          Marbella (ES),Spanien
Handlungsdatum:        Dienstag,01.06.1993 00:01-Mittwoch,01.09.1993 23:59

G E S C H Ä D I G T E   USW.
Fall-Nr.:              RBEK081266857

Geschädigte-Nr.:       793482          Geschädigter
Aktiver Besitzer:      RBEK                    Original Besitzer:RBEK
Erfasser:              45239/18.05.2008/07:33
Name:                  G e r b e r
Vorname:               Andreas
Geburtsdatum:          28.02.1947                  Geschlecht:M
Wohnort:               254200 Pieterlen,BE,Bassbeltweg 26

F A H R Z E U G E / K E N N Z E I C H E N
Fall-Nr.:              RBEK081266857
FZ-System-Nr.          321989          Fahrzeug Code :gesucht

Aktiver Besitzer:      RBEK                    Original Besitzer:RBEK
Erfasser:              45239/18.05.2008/07:32  Mutierender:45792/19.05.2008/07
                                               :17
Verjährung :           01.09.2008
Fahrzeugart :          Personenwagen
Karosserieform :       Offen mit Verdeck/Hardtop
Marke /Typ :           FERRARI I,250 GT
Farbe :                grau
VIN:                   0799GT
```

| Exhibit | 18 |



| Cantonal Police | | Criminal complaint - Vehicles |
|---|---|---|

Head Office of Police and Military affairs
of Canton of Berne

| Received on 03.20.1995 | Record No. 4117 |
|---|---|

International

| Police Unit | stationary Police, 2502 Biel | Date 03.16.1995  1605 |
|---|---|---|

| Judicial Office | Office of investigating justice 2502 Biel |
|---|---|

| Accused Person | unknown |
|---|---|
| Plaintiff / Damaged Person | Dr. Andreas Gerber, 02.28.47, from Heimiswil, Canton of Berne, Medical Doctor, resident in 2542 Pieterlen, Bassbeltweg 26 <u>Telephone 032/87 28 38 (business) 032/87 26 01 (private)</u> |
| Site of crime | Spain, Marbella |
| Date of crime | Summer 1993 |
| **Type of crime / Legal provisions** | Art. 139 Criminal Code / Theft |
| **Type of vehicle** | **passenger car** |
| Brand / Type | Ferrari 250 GT Spid. |
| License plate / signs | none |
| **Chassis number** | **VIN 0799** |
| Color | gray, metallized |
| First matriculation | 1957 |
| mileage | ? |
| serial number | ? |
| Type number | ? |
| Condition | well preserved |
| Value | CHF 800,000.00 |
| Insurance Company/Agency | none |
| Was it secured – how? | with ignition key and door |

Particularities
Series 1, red leather interior

| Documented by | read and confirmed |
|---|---|

Commander Herzig

I, Astrid Ischer-Protzen, born on April 8, 1954, with place of origin in Grossaffoltern / Switzerland, domiciled at Hinterdorf 6 in CH-2565 Jens, Switzerland, translator and English teacher for adults, certified by the University of Cambridge Local Examinations Syndicate / International Examinations, England, state and confirm that this English translation of the original German document, dated March 16, 1995, has been correctly and authentically translated from German into English.


Astrid Ischer-Protzen
Translator / English teacher RSA-CTEFLA, University of Cambridge
Biel, Switzerland, July 3, 2008


I, Daniel Graf, Notary Public in the canton of Berne, Switzerland, hereby officially notarize and legalize the signature of Mrs. Astrid Ischer-Protzen according to Swiss law and the Den Hague Convention dated 10.05.1961.


Daniel Graf
Notary Public
Biel, Switzerland, July 3, 2008



I, Astrid Ischer-Protzen, born on April 8, 1954, with place of origin in Grossaffoltern / Switzerland, domiciled at Hinterdorf 6 in CH-2565 Jens, Switzerland, translator and English teacher for adults, certified by the University of Cambridge Local Examinations Syndicate / International Examinations, England, state and confirm that this English translation of the original German document, dated March 16, 1995, has been correctly and authentically translated from German into English.

Astrid Ischer-Protzen
Translator / English teacher RSA-CTEFLA, University of Cambridge
Biel, Switzerland, July 3, 2008

I, Daniel Graf, Notary Public in the canton of Berne, Switzerland, hereby officially notarize and legalize the signature of Mrs. Astrid Ischer-Protzen according to Swiss law and the Den Hague Convention dated 10.05.1961.



Daniel Graf
Notary Public
Biel, Switzerland, July 3, 2008



## A P O S T I L L E

(Convention de La Haye du 5 octobre 1961)

1. Country: Swiss Confederation, Canton of Berne

This public document

2. has been signed by _Daniel Graf_

3. acting in the capacity of _Notary_

4. bears the seal / stamp of _Notary's office of the Canton of Berne_

Certified

5. at Berne _Jörg Vogt_        6. the _4. 7. 2008_        Tax: CHF

7. by _____

official of the Chancellery of State of the Canton of Berne

under number: _2585_

9. stamp / seal        10. Signature

page 2 of 2



... Fahrzeug

Polizei- und Militärdirektion
des Kantons Bern

*international*

2 0 MZ 1995 / LÖ



4 1 1 7

Dienststelle          Stationierte Polizei 2502 Biel          Datum 16.03.1995 16

Richteramt            Untersuchungsrichteramt  2502 BIEL

Angeschuldigter       UNBEKANNT                                            ④

# 0 0 6 3

Geschädigter          Dr. Gerber Andreas, 28.2.47, von Heimiswil BE, Dr. med.
                      Arzt, wft., 2542 Pieterlen, Bassbeltweg 26



Tatort                Spanien, Marbella

Tatzeit               Im Sommer 1993

Delikt

Gesetzesbestimmungen                           Diebstahl/StGB Art. 139

**Fahrzeugart**                                Personenwagen

Fabrikmarke/Typ                                Ferrari 250 GT Spid

Kontrollschild/Kennzeichen                     ohne

**Fahrgestellnummer**                          **VIN 0799**

Farbe                                          grau metallisiert

1. Inverkehrsetzung                            1957

Kilometer-Stand                                ?

Stamm-Nummer                                   ?

Typenschein-Nr.                                ?

Zustand                                        gut erhalten

Verkehrswert                                   Fr. 800'000.-

Versicherungsgesellschaft/Agentur              keine

War es gesichert - wie ?                       Zündschl. und Türen

Besonderheiten

Serie I, Interieur Leder rot

Aufgenommen durch                    Abgelesen und bestätigt
Kpl Herzig

| Exhibit | 19 |



| | |
|---|---|
| **Cantonal Police** | **Criminal complaint** |

Regional Police
of District Seeland – Bernese Jura

| | |
|---|---|
| Solothurnstrasse 11<br>2543 Lengnau<br>Telephone 032 346 86 81<br>Telefax 032 346 86 84 | Office of Investigating Justice I<br>District of Bernese Jura-Seeland<br>Amtshaus, Spitalstrasse 14<br>2501 Biel |

Lengnau, March 19, 2008

**Case officer**  Franz Leuenberger, Stationary Police

**Entry of complaint**  in the office of the Cantonal Police in Lengnau on Wednesday, March 19, 2008, 02:00 PM, personally by the plaintiff, who was accompanied by his lawyer.

**Type of crime**  receiving of stolen goods

**receiving of stolen goods**
Art. 160 of Criminal Code

**Site of crime**  Bassbeltweg 25, 2542 Pieterlen, Canton of Berne, Switzerland and USA, States of New York, New Jersey and Connecticut respectively

**Date**  in the period between Monday, 01.01.2001 and Thursday 02.28.2002 and in the period between the beginning of 2001 and the beginning of 2002 respectively

**Plaintiff / damaged person Gerber** Andreas
Date of birth  02.28.1947  Sex: male
Place of origin  Heimiswil, Canton of Berne, Switzerland
Profession  Medical Doctor
Native language  German  procedural language: German
Constitution as plaintiff  Yes  file a criminal complaint: Yes

**Legally represented by  Weber** Oliver
Date of birth  07.17.1976  Sex: male
Place of origin  Zug, Canton of Zug, Switzerland
Profession  Attorney-at-Law
Office address  2500 Biel/Bienne / Canton of Berne, Switzerland, Murtenstrasse 7
Native language  German  procedural language: German
Address appendix  Post Office Box 811

**Statement of facts**  Ferrari 250 GT Spider, VIN 0799, gray, former value CHF 800,000.00, was stolen in the city of Marbella, Spain, from the garage "*Motorauto Marbella*" on 07.07.1993, later transferred to the USA as stolen goods.

**Crime object**
Position  **1 car**, Code DK 91

page 1 of 4

**Page 2**
March 19, 2008

**Criminal Complaint**

Brand: Ferrari, Type: 250 GT, Series 1, Material: steel/iron, Color: gray, VIN 0799, first matriculation: 1957, current value: CHF 3,800,000.00

Total   1 x 3,800,000.00     Value: circa CHF 3,800,000.00

**Total amount**                     **circa CHF 3,800,000.00**

Through acquaintances in the Ferrari collector und dealer scene and based on Internet research the attorney of the plaintiff found out that the searched car is located in the USA and has apparently changed its unlawful possessor. Further investigations are currently being made in the USA.

Based on the above mentioned reasons and findings I am obliged to file a criminal complaint against the unknown person.

I am constituted as a plaintiff according to civil law and criminal law.

Gerber Andreas                                    Franz Leuenberger
                                                 Chief Guard Officer

**Appendix:**

- Form to constitute as private plaintiff and for filing of criminal complaint



| Cantonal Police | Criminal Complaint – Private Plaintiff Form |

Crime Unit

Head Office of Police and Military affairs
of Canton of Berne

| | |
|---|---|
| **Type of crime** | receiving of stolen goods |
| **Site of crime** | **USA, States of New York, New Jersey and Connecticut** |
| **Date** | from January 2001 until beginning of 2002 |
| **Alleged criminal** | unknown |
| **Plaintiff / damaged person** | Dr. Andreas Gerber |
| **represented by** | Oliver Weber, Attorney-at-Law<br>Murtenstrasse 7, Post Office Box 811, CH-2501 Biel |

I. Request for punishment   I herby request to punish above mentioned person  ( ) Yes   ( ) No

Concerning:   ...................................................................................................

II. Private complaint/claim   I am hereby constituted as private plaintiff against above mentioned person and want to execute my plaintiff's rights in the procedure (right to offer evidence, right to consult the records, right to appeal, etc.)

1.  Private plaintiff
in the criminal procedure   I request the punishment of the accused person ( X ) Yes   ( ) No

**and / or**

2.  Private plaintiff
in the civil procedure   I herby claim the following civil rights   ( X ) Yes   ( ) No

**namely**   a) Compensation for damages of   CHF 3,800,000.00

b) Compensation for immaterial damage   indefinite

Supporting documents
(Explanatory statements)   ...................................................................................................

3.  Only answer, if question 1 and 2 have been answered with "Yes".

a) Do you request to be summoned and consulted by the investigating judge?  ( ) Yes (X) No

b) Do you request the fixation of a deadline for consulting the records and to offer evidence before the closure of the preliminary inquiry?   ( ) Yes (X) No

page 3 of 4

These rights can be abandoned without affecting your rights in the main procedure in the judging court.

Place, date          Lengnau, 03.19.2008

The signatory confirms having read the explanations on the following page.

Signature          signature of Dr. Andreas Gerber     / signature of Atty. Oliver Weber

This declaration must be returned to the Investigating Judge

by

Should this declaration not be returned within the period prescribed it will be assumed that the plaintiff abstains from his request for punishment and from his rights as a private plaintiff.

---

I, Astrid Ischer-Protzen, born on April 8, 1954, with place of origin in Grossaffoltern / Switzerland, domiciled at Hinterdorf 6 in CH-2565 Jens, Switzerland, translator and English teacher for adults, certified by the University of Cambridge Local Examinations Syndicate / International Examinations, England, state and confirm that this English translation of the original German document, dated March 19, 2008, has been correctly and authentically translated from German into English.

Astrid Ischer-Protzen
Translator / English teacher RSA-CTEFLA, University of Cambridge
Biel, Switzerland, July 3, 2008

---

I, Daniel Graf, Notary Public in the canton of Berne, Switzerland, hereby officially notarize and legalize the signature of Mrs. Astrid Ischer-Protzen according to Swiss law and the Den Hague Convention dated 10.05.1961.

Daniel Graf
Notary Public
Biel, Switzerland, July 3, 2008

page 4 of 4

These rights can be abandoned without affecting your rights in the main procedure in the judging court.

Place, date       Lengnau, 03.19.2008

The signatory confirms having read the explanations on the following page.

Signature       signature of Dr. Andreas Gerber     / signature of Atty. Oliver Weber
                         ...............................................................................................

This declaration
must be returned
to the Investigating
Judge

                         ...............................................................................................

by                  ...............................................................................................

Should this declaration not be returned within the period prescribed it will be assumed that the plaintiff abstains from his request for punishment and from his rights as a private plaintiff.

---

I, Astrid Ischer-Protzen, born on April 8, 1954, with place of origin in Grossaffoltern / Switzerland, domiciled at Hinterdorf 6 in CH-2565 Jens, Switzerland, translator and English teacher for adults, certified by the University of Cambridge Local Examinations Syndicate / International Examinations, England, state and confirm that this English translation of the original German document, dated March 19, 2008, has been correctly and authentically translated from German into English.

Astrid Ischer-Protzen
Translator / English teacher RSA-CTEFLA, University of Cambridge
Biel, Switzerland, July 3, 2008

---

I, Daniel Graf, Notary Public in the canton of Berne, Switzerland, hereby officially notarize and legalize the signature of Mrs. Astrid Ischer-Protzen according to Swiss law and the Den Hague Convention dated 10.05.1961.

Daniel Graf
Notary Public
Biel, Switzerland, July 3, 2008

A P O S T I L L E

(Convention de La Haye du 5 octobre 1961)

1. Country: Swiss Confederation, Canton of Berne

This public document

2. has been signed by _Daniel Graf_

3. acting in the capacity of _Notary_

4. bears the seal/stamp of _Notary's office of the Canton of Berne_

Certified

5. at Berne   Jörg Vogt      6. the   _4. 7. 2008_

7. by

official of the Chancellery of State of the Canton of Berne

8. under number: _2584_

9. Stamp/seal          10. Signature

Tax: CHF





Anzeige

⑨

Regionalpolizei
Seeland - Berner Jura

Polizei- und Militärdirektion
des Kantons Bern

Solothurnstrasse 11
2543 Lengnau
Telefon 032 346 86 81
Telefax 032 346 86 84

Untersuchungsrichteramt I
Berner Jura - Seeland
Amtshaus, Spitalstrasse 14
2501 Biel

Lengnau, 19. März 2008

| | |
|---|---|
| **EL Fall** | Franz Leuenberger, Stationierte Polizei |
| **Eingang der Meldung** | Mittwoch, 19. März 2008, 14:00 Uhr, durch den Kläger in Begleitung seines Anwaltes persönlich im Büro der Kapo Lengnau. |
| **Betrifft** | Hehlerei |
| | **Hehlerei**<br>StGB Art. 160 |



| | |
|---|---|
| **Ort** | 2542 Pieterlen/BE, CH, Bassbeltweg 26<br>bezw. USA; New York, New Jersey und Connecticut |
| **Zeit** | Montag, 01.01.2001 bis Donnerstag, 28.02.2002<br>bezw. anfangs 2001 - anfangs 2002 |

| | | | |
|---|---|---|---|
| **Geschädigt** | **Gerber Andreas** | | |
| Geburtsdatum | 28.02.1947 | Geschlecht | m |
| Heimatort, Staat | Heimiswil BE, Schweiz | | |
| Beruf | Arzt | | |
| Privatadresse | 2542 Pieterlen/BE CH, Bassbeltweg 26 | | |
| Muttersprache | Deutsch | Verhandlungssprache | Deutsch |
| Privatklägerschaft | Ja | Strafantrag | Ja |

| | | | |
|---|---|---|---|
| **Gesetzlich vertreten durch** | **Weber Oliver** | | |
| Geburtsdatum | 17.07.1976 | Geschlecht | m |
| Heimatort, Staat | Zug ZG, Schweiz | | |
| Beruf | Fürsprecher | | |
| Geschäftsadresse | 2500 Biel/Bienne/BE CH, Murtenstrasse 7 | | |
| Muttersprache | Deutsch | Verhandlungssprache | Deutsch |
| Zusatz | Postfach 811 | | |

| | |
|---|---|
| **Tatvorgehen** | In Marbella E, aus Garage Motor Auto Marbella, am 07.07.1993 gestohlener Ferrari 250 GT Spider, VIN 0799, grau, damaliger Verkehrswert 800'000.--, in den USA als Hehlerware übernommen. |
| **Deliktsgut** | |
| Position | **1 Fahrzeug**, DK 91 |

19. März 2008

Marke Ferrari, Typ 250 GT Serie 1, Material Stahl/Eisen, Farbe grau, VIN 0799, 1. Inverkehrssetzung 1957, Aktueller Verkehrswert ca. Fr. 3'800'000.—

Total       1 x 3'800'000.00       Wert       ca. CHF  3'800'000.00

**Gesamtbetrag**                                    **ca. CHF   3'800'000.00**

Durch Bekannte in der Ferrari- Sammler und Händler-Szene sowie auf Grund einer Internetrecherche gelangte dem Anwalt des Geschädigten zur Kenntnis, dass sich das gesuchte Fahrzeug in den USA befindet und offenbar den unrechtmässigen Besitzer gewechselt hat. Weitere Abklärungen werden derzeitig in den USA vorgenommen.

Aus den erwähnten Gründen und Erkenntnissen sehe ich mich gezwungen, gegen den oder die unbekannten Person(en) Strafanzeige zu erstatten.

Der Anzeiger konstituiert sich sowohl im Straf- als auch im Zivilpunkt als Privatkläger

Gerber Andreas                         Franz Leuenberger
                                       Wachtchef-Stv.

**Beilagen**

-Strafantrag/Privatklage

Info INF: -

**Strafantrag - Privatklage**

(9)

Kantonspolizei

Kriminalabteilung

Polizei- und Militärdirektion
des Kantons Bern

| | |
|---|---|
| **Betrifft** | *Hehlerei* |
| **Ort** | *USA, New York, New Jersey und Connecticut* |
| **Zeit** | *Jan 2001 – bis anfangs 2002* |
| **Tatverdächtigt** | *Unbekannt* |
| **Geschädigt** | *Dr. Andreas Gerber* |
| **vertreten durch** | *Fürsprecher Oliver Weber, Hurtzostr. 7, Postfach 811, 2501 Biel* |

I. **Strafantrag**
wegen

Ich stelle gegen obenerwähnte Person Strafantrag    [ ] Ja   [ ] Nein

II. **Privatklage**

Ich stelle mich gegen obenerwähnte Person als Privatkläger/in und will im Verfahren meine Parteirechte ausüben (Beweisantrags-, Akteneinsichts- und Rekursrecht etc.)

1. **Privatkläger/in im Strafpunkt**

Ich verlange die Bestrafung des/der Angeschuldigten    [X] Ja   [ ] Nein

**und / oder**

2. **Privatkläger/in im Zivilpunkt:**

Ich mache Zivilansprüche geltend    [X] Ja   [ ] Nein

nämlich

a) eine Schadensumme von    CHF *3'800'000.—*

b) eine Genugtuungssumme von    CHF *unbestimmt*

**Belege**
(Begründung der Zivilklage)

3. Nur beantworten, wenn bei Frage 1 oder 2 „Ja" eingesetzt wurde.

a) Verlangen Sie, vom Untersuchungsrichter vorgeladen oder befragt zu werden?    [ ] Ja   [X] Nein

b) Verlangen Sie Fristansetzung zur Akteneinsicht und Stellung von Beweisanträgen vor Abschluss der Voruntersuchung?    [ ] Ja   [X] Nein

Sie können darauf verzichten, ohne dass Ihre Rechte im Hauptverfahren vor dem urteilenden Gericht deswegen beeinträchtigt werden.

Ort, Datum    *Langnau, 19.3.2008*

Der/Die Unterzeichnete bestätigt, von den Erläuterungen auf der nachfolgenden Seite Kenntnis genommen zu haben.

**Unterschrift**

Diese Erklärung ist zurückzusenden an das Untersuchungsrichteramt

**bis**

Falls diese Erklärung nicht innerhalb der Frist zurückgeschickt wird, wird angenommen, es werde auf einen Strafantrag und die Konstituierung als Privatkläger/in verzichtet.

| Exhibit | 20 |
|---------|----|

**Die Mobiliar**

*Versicherungen & Vorsorge*

Swiss Mobiliar
Insurance Company

General agency Belp

Christoph Schmutz
Bahnhofplatz
P.O. Box 144
CH-3123 Belp

Telephone 031 818 44 44
Telefax 031 818 44 66
belp@mobi.ch
www.mobi.ch
www.mobilbelp.ch



GA Belp, P.O. Box 144, CH-3123 Belp

TO WHOM IT MAY CONCERN

| Your message dated | Your contact person | Direct dial | Date |
|---|---|---|---|
| - | Patrick Cuénoud<br>patrick.cuenoud@mobi.ch | ++41 31 818 44 40 | 26.09.2007/PC |

**Cover note confirmation: Ferrari 250 Pinin Farina Spider, series 1**

Dear Sirs

We hereby confirm that Dr. Andreas Gerber, MD, Bassbeltweg 26 from 2542 Pieterlen, Switzerland, had a fully comprehensive coverage binder (cover note) with our company, dated June 7-1989, regarding his Ferrari 250 Pinin Farina Spider, Series 1, chassis number 0799 GT, year 1957, # of licence plates BE 1114-U.

The insured value of the car was 1,700,000.00 Swiss Francs, the deductible was fixed at 10,000.00 Swiss Francs.

**We hereby also confirm that we have not provided any compensation to Dr. A. Gerber regarding the theft of his Ferrari car in 1993 in Spain.**

Yours sincerely

Swiss Mobiliar Insurance Company
General agency Belp

Patrick Cuénoud
head of sales support

Agency:
Münsingen, Bernstrasse 1, Tel. 031 724 99 99