UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Hallingby, et al,<br>            *Plaintiffs*,<br>     *v.*<br>Gerber, et al,<br>            *Defendants*. | Civil No. 3:17-cv-975 (JBA) |

**ORDER STRIKING PLEADINGS IMPROVIDENTLY DOCKETED**

To date, no defendant entitled to file a *pro* se appearance has done so and no counsel has appeared on their behalf. Accordingly, pleadings docketed by the Clerk's Office [Doc. # 21] is struck from the record.

Plaintiffs' Motion for Extension of Time [Doc. # 22] and Motion to Strike [Doc. # 23] are denied as moot in light of the above.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 19th day of September 2017.